UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NELAYDA FONTE, Dr., an individual,

    Plaintiff,

v.                                      Case No.: 2:19-cv-54-FtM-38NPM

LEE MEMORIAL HEALTH SYSTEM and
VENKAT PRASAD,

    Defendants.

| Judge: | Nicholas Mizell | Counsel for Plaintiff | Benjamin H. Yormak |
|---|---|---|---|
| Deputy Clerk: | Wendy Winkel | Counsel for Defendant: | Angelique Groza Lyons |
| Court Reporter | Digital | Interpreter | None present |
| Date/Time | July 18, 2019 01:42 PM | Total Time | 4 minutes |

**Preliminary Pretrial Conference**

Proceedings:
Preliminary Pretrial Conference

Findings/Rulings:
Court discussed case management and scheduling deadlines and other issues regarding case management, including E-Discovery, Confidentiality Agreements, Settlement Conference before a Magistrate Judge and disclosure of expert reports.

Scheduling Order to issue