**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| **DR. NELAYDA FONTE**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**LEE MEMORIAL HEALTH SYSTEM**, and **DR. VENKAT PRASAD**,<br><br>Defendants. | **CIVIL ACTION**<br><br>**Case No. 2:19-cv-054**<br><br>**Judge: Sheri Polster Chappell**<br><br>**Mag. Judge: Nicholas P. Mizell** |

## EXPERT REPORT OF DR. LAWRENCE LOTTENBERG, MD FACS

### I.      Qualifications.

I am the former Trauma Medical Director (2004 to 2010) of the Acute Care Surgery Service at a major academic medical center and Level I Trauma Center and Pediatric Trauma Referral Center in North Central Florida at the University of Florida College of Medicine Shands/UF Medical Center, where I was an Associate Professor of Surgery and Anesthesiology. In that capacity, I was responsible for oversight of coordinating all aspects of care for trauma patients across the continuum including clinical, educational, research, pre-hospital and for monitoring all patient outcomes.

I am currently a Professor of Surgery at the Charles E. Schmidt College of Medicine at Florida Atlantic University and the Director of Simulation and Surgical Technology as well as a trauma and acute care surgeon at the Level I Adult/Pediatric Trauma Center at St. Mary's Medical Center in West Palm Beach , FL where I serve as the Director of Trauma Research and Education. I am a practicing trauma, surgical critical care physician and perform emergency surgery on a daily basis. My duties include daily walk rounds, bi-weekly multidisciplinary sit down rounds, and caring for an average daily census of 30 to 50 patients, including approximately 450 operative cases per year

in the operating room and over 500 bedside surgical procedures in the intensive care unit. I also perform complex surgical procedures including entero-cutaneous fistula repair and complex ventral hernia repair. I am an expert in abdominal wall reconstruction after open abdomen.

I was also responsible for co-authoring the State of Florida Application for a Level I Adult and Pediatric Trauma Center at Shands/UF, the establishment of all policies and procedures related to trauma care at Shands/University of Florida and I direct quality improvement initiatives in the care of trauma patients. My daily teaching responsibilities included mentoring surgical residents, medical students, physician extender students, and formal didactic lectures and laboratory training sessions.

Presently, I am responsible for the training and mentorship of fifteen actively practicing Trauma Surgeons in the United States. Attached is my *curriculum vitae*, which includes additional details of my professional qualifications and experience. My fee schedule is also attached.

## II.     Assignment & Documents Reviewed.

I have been retained by Dr. Nelayda Fonte to provide my expert opinion as to whether she improperly refused to accept a pediatric trauma transfer in November 2018. I am aware that Dr. Fonte alleges she was wrongly terminated from her employment by Lee Health and that Lee Health has taken the position that she was terminated because she refused to accept a transfer in November 2018.

I have reviewed a transcript of the phone call on November 12, 2018 between Dr. Heisler of Lehigh Regional Medical Center and Dr. Fonte of Lee Health. This transcript provided me with the exact information that Dr. Fonte received from Dr. Heisler during that call. From my independent review of this transcript, I am of the opinion that Dr. Fonte did not act improperly and she was in accordance with all standards of care governing patient transfers.[1]

---

[1]     I have not been requested to, nor have I performed analysis beyond that which was required to formulate my opinions as rendered herein, nor will I be rendering opinions relating to issues of liability. The information, analysis,

### III.    Relevant Prevailing Standards of Care for Trauma Transfers.

When a child suffers a serious injury, timely access to the appropriate level of care, both in the pre-hospital and hospital setting, is essential for an optimal outcome. Nevertheless, over 17 million children across the U.S.-- 23% of the pediatric population -- are more than 60 minutes by either ground or air transport to the nearest pediatric trauma center, and only 23% of children in areas with the lowest population density have access within 60 minutes.[2] The Institute of Medicine has recognized the disparity in trauma care access and has strongly recommended coordination, regionalization and accountability in its goals for pediatric emergency and trauma care.[3] The American College of Surgeons Committee on Trauma (ACS COT) states that injured children have special needs that "may be optimally provided in the environment of a children's hospital with a demonstrated commitment to trauma care."[4] The standards for the State of Florida mimic the standards for the American College of Surgeons. Previously, I have been responsible for writing these standards. For example, children with severe traumatic brain injury have improved survival when treated centers that follow national treatment guidelines.[5] However, only a small proportion of acute care hospitals have the resources to be called a trauma center (TC), a designation by the individual states or by ACS verification, and even fewer are pediatric trauma centers (PTC).

---

and opinions contained in this Declaration are based upon the specific facts and circumstances in this proceeding. I reserve the right to supplement this Declaration as necessary, to the extent any other relevant information becomes available between the date of this Declaration and the date that I may testify in this proceeding.

[2]    Access to pediatric trauma care in the United States. *Nance ML, Carr BG, Branas CC Arch Pediatr Adolesc Med. 2009 Jun; 163(6):512-8.*

[3]    Institute of Medicine (U.S.) Emergency Care for Children: Growing Pains. National Academies Press; Washington, D.C: 2006. Committee on the Future of Emergency Care in the United States Health System, National Academies Press (U.S.) p. 254.

[4]    American College of Surgeons. Resources for Optimal Care of the Injured Patient : 1999. The College; Chicago, Ill: 1999. Committee on Trauma; p. 135.

[5]    Acute care clinical indicators associated with discharge outcomes in children with severe traumatic brain injury. *Vavilala MS, Kernic MA, Wang J, Kannan N, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rivara FP, Pediatric Guideline Adherence and Outcomes Study. Crit Care Med. 2014 Oct; 42(10):2258-66.*

Trauma victims are defined as patients who have incurred a multisystem injury due to blunt force, penetrating, or burns.[6] Pediatric trauma refers to the subset of trauma victims under the age of 15 years old.[7] Examples of common traumatic injuries in children include falls, motor vehicle crashes, gunshot wounds, and burns. Severely injured children require unique resources and specialized care due to immature anatomical features and developing psychological functions. Hospitals that have pediatric specific equipment and staff who are experienced in providing care for injured children are the best qualified to meet the needs of pediatric trauma victims.[8] The ACS and many state regulatory agencies, including Florida Department of Health, have long recognized the specialized needs of pediatric trauma patients. In response, they have developed standards of care and trauma center verification programs to identify hospitals that have the resources, expertise, and are able to provide the care required for injured children. In Florida, there are 4 dedicated pediatric trauma centers: Johns Hopkins All Children's Hospital (Pinellas County), St. Joseph's Hospital (Hillsborough), Sacred Heart Hospital (Escambia County), and Nicklaus Children's Hospital (Dade County).[9] While Level I trauma centers also qualify as pediatric trauma centers, the closest to Lee County, Florida is also in Tampa. A map is helpful to visualize the locations of Florida's trauma centers, both adult and pediatric.[10]

In 1990, the Florida Legislature passed the Roy E. Campbell Trauma Act, which directed the Department of Health to establish standards of care and a verification process for state approved trauma centers. In response, the Department of Health developed criteria for the establishment of

---

[6]     Hospital Licensing and Regulation, Trauma, section 395.4001(19), Florida Statutes (2018).
[7]     American College of Surgeons, *Resources for Optimal Care of the Injured Patient*, (2014), pg. 67.
[8]     American College of Surgeons, *Resources for Optimal Care of the Injured Patient*, (2014), pg. 65.
[9]     *See* http://www.floridahealth.gov/licensing-and-regulation/trauma-system/_documents/traumacenterlisting2018.pdf. (Last accessed February 23, 2020).
[10]    *See* http://www.floridahealth.gov/licensing-and-regulation/trauma-system/_documents/trauma-centers-acute-care-hospitals.pdf. (Last accessed February 23, 2020).

Level I, Level II, and pediatric trauma centers. Florida Trauma Center Standards (DH Pamphlet 150-9) require that both Level I and pediatric trauma centers have the resources to treat injured children. The pediatric specific standards for Level I trauma centers do vary slightly from the pediatric trauma center requirements; however, the requirements for both levels of designation ensure that hospitals have the capability to meet the specialized needs of injured children. The following explains the various trauma center levels:

> **Level I**: Treats both adult and pediatric trauma victims. Clinical capabilities may exceed those of a Level II. Is required to have a formal research program. Serves as a resource facility to Level II trauma centers, pediatric trauma centers, and general hospitals.
>
> **Pediatric**: Treats pediatric trauma victims. Is required to have a formal research program.
>
> **Level II**: Treats adult trauma victims. (And would have to have other specific designation to do pediatric trauma)

Lee Health is a Level II adult trauma center. Lehigh Regional Medical Center is a non-trauma center (NTC) that has a fully staffed emergency department (ED). Neither has a pediatric emergency department, which fact is significant, as explained above. Consequently, wherever a NTC encounters a pediatric trauma patient in its ED, it must immediately ascertain the pediatric patient's condition to determine if the patient is sufficiently stable for a transfer to a higher level of care, such as a trauma center. If sufficiently stable, the pediatric trauma patient should be transferred to a pediatric trauma center, which would be the center that would provide the patient with the best possible chance of survival. If sufficiently stable, but where a pediatric trauma center is unavailable (such as due to excessive distance or poor weather for a medi-flight), the pediatric trauma patient should be transferred to the nearest trauma center for a higher level of care, where the patient can be further stabilized before another transfer to a pediatric trauma center. However, where travel times between a Level II adult trauma center and a pediatric trauma center are approximately equal, the proper and appropriate standard of care is for the pediatric trauma patient to be transferred to the

pediatric trauma center. Regardless, a transfer is <u>only</u> proper where the patient will not suffer a material deterioration during the transfer between facilities.

Where the patient is unstable, the hospital may <u>not</u> transfer the patient unless (i) the physician certifies the medical benefits expected from the transfer outweigh the risks, or (ii) a patient makes a transfer request in writing after being informed of the hospital's obligations under EMTALA and the risks of transfer. In addition, the transfer of unstable patients must be "appropriate" under the law, such that (1) the transferring hospital must provide ongoing care within it capability until transfer to minimize transfer risks, (2) provide copies of medical records, (3) must confirm that the receiving facility has space and qualified personnel to treat the condition and has agreed to accept the transfer, and (4) the transfer must be made with qualified personnel and appropriate medical equipment.

The crucial issue is the definition of "stabilized." "Stabilized" means that within reasonable medical certainty, "no material deterioration" should occur from or during the transfer.[11] Stabilization is a process and could require several days or even weeks of hospitalization. EMTALA mandates that "a participating [i.e., Medicare] hospital that has specialized capabilities or facilities (such as burn units, shock-trauma units, and neonatal intensive care units)… shall not refuse to accept an appropriate transfer of an individual who requires such specialized capabilities… if the hospital has the capacity to treat the individual." In plain terms, this means that (i) if the transfer is appropriate (ii) the receiving hospital may refuse the transfer if it lacks the specialized capabilities necessary for treatment. This issue frequently arises in pediatric trauma.

Without question, a patient who is in pulseless electrical activity (PEA) is <u>not</u> sufficiently stable for a transfer. In simplest terms, PEA indicates electrical activity in the heart but the patient has no

---

[11]     Examination and treatment for emergency medical conditions and women in labor. 42 USC 1395dd (1986). Available at http://www.medlaw.com/ statute.htm (accessed July 2001).

other discernable pulse and is in need of immediate resuscitation. The first step in managing pulseless electrical activity is to begin chest compressions according to ACLS protocol followed by administrating epinephrine every 3 to 5 minutes, while simultaneously looking for any reversible

causes. Once a diagnosis is made, the treating physician needs to begin immediate specific management i.e., decompression of pneumothorax, pericardial drain for tamponade, fluids infusion for hypovolemia, correction of body temperature for hypothermia, administration of thrombolytics for myocardial infarction or pulmonary embolism. An arterial blood gas and serum electrolytes should be obtained during the resuscitation process. Epinephrine should be administered in 1 mg doses intravenously/intraosseously every 3 to 5 minutes during pulseless electrical activity arrest. Each dose should be followed by 20 ml of flush and elevating the arm for 10 to 20 seconds for better perfusion. The chances of a successful outcome depend on a very coordinated resuscitation process.

As can be seen from the above resuscitation procedures, this can only be done in a hospital setting and under no circumstances should a patient in PEA ever be transferred to another facility as doing so would almost guarantee certain death. Stated simply, a patient in PEA has the best chance for survival by staying put and being treated where they are – not by transferring them.

### IV. Dr. Fonte Did <u>Not</u> Violate the Prevailing Standards of Care By Refusing a Transfer of an Infant Who Had Pulseless Electrical Activity (PEA) to Lee Health's Non-Pediatric Trauma Unit.

In preparing this Report, I reviewed the transcript of the audio recording from the Transfer Center of a phone call on November 12, 2018 between Dr. Heisler of Lehigh Regional Medical Center and Dr. Fonte of Lee Health. This transcript provided me with the exact information that Dr. Fonte received from Dr. Heisler. During that call, Dr. Heisler made clear that the 5-year old pediatric patient she was treating was had only an intermittent pulse and was in and out of PEA. Dr. Heisler also reported the pediatric patient's abdomen was expanding. A patient in that condition – pediatric or adult – was not sufficiently stable to be transferred to <u>any</u> facility. And Dr. Heisler affirms that

the patient was not sufficiently stable to be transferred by air to the nearest pediatric trauma center in Tampa, which flight would have been approximately the same duration as an ambulance ride from Lehigh Regional to Lee Health. Had Dr. Heisler's treatment caused the pediatric patient to regain a steady pulse, a transfer *may* have been appropriate. But without that, the pediatric patient's best (and only) chance for survival was to continue receiving treatment from Dr. Heisler. Putting the pediatric patient into an ambulance or helicopter for transfer would have without question resulted in the pediatric patient's death, and thus the transfer would not have been "appropriate" under EMTALA or any appropriate standard of care. Nothing in the transcript led me to believe that this patient was stable for transfer. Dr. Fonte's refusal to accept the transfer under such conditions was absolutely proper and was in the pediatric patient's best interests.

Furthermore, Lee Health does not have specialized pediatric trauma services. Dr. Fonte was absolutely correct in stating that Lee Health is not a state designated pediatric trauma center. Indeed, Dr. Fonte indicated to Dr. Heisler that if she was able to resuscitate the pediatric patient, the best chance for survival was an air transfer to the pediatric trauma center in Tampa. In my experience, the travel time by air from Southwest Florida to Tampa would be about 35-minutes. The travel time by ambulance from Lehigh Regional Medical Center to Lee Health is about 30-minutes. This difference is minute and without question a pediatric trauma patient like this should have been transferred to Tampa by air if a pulse could have been regained, which it had not because the patient was in and out of PEA. A transfer to a Level II adult trauma center would have been improper and would have been a deviation from the appropriate standard of care owed to the patient. If Lee Health is of the position that Dr. Fonte violated EMTALA by not accepting this transfer, it is completely incorrect. As stated above, if a pulse could not have been regained, the pediatric patient should not have been transferred anywhere. And if it could, the pediatric patient should have been transferred to the state designated pediatric trauma center in Tampa.

An additional factor also supports this conclusion: Lee Health did not self-report any EMTALA violation, which it would have been required to do had Dr. Fonte improperly refused to accept the transfer of the pediatric trauma patient who was in PEA. As stated above, Dr. Fonte did not improperly refuse to accept this patient.


Dated: February 24, 2020          _____
                                  Lawrence Lottenberg, MD FACS

# Curriculum Vitae

### Lawrence Lottenberg, MD FACS
### Trauma and Acute Care Surgeon
*159 Darby Island Pl*
*Jupiter, FL 33458*
*lawrence.lottenberg@gmail.com*

### PERSONAL INFORMATION

**Age:**                        69

**Date of Birth:**              February 2, 1950

**Place of Birth:**             New York, New York

**Marital Status:**             Married to Mary Rose Lottenberg

**Medical License Number:** 0027008 –   Florida
                            01074401A - Indiana
**DEA Number:** AL 9251074
**NPI Number:** 1346286184
**CAQH Number**: 10714436


### EDUCATION

**Postgraduate:**       Chief Resident, Surgery, Jackson Memorial Hospital 1979-1980
                        Surgical Residency, Jackson Memorial Hospital 1975-1980

**Graduate:**           University of Miami School of Medicine 1971-1975

**Undergraduate:**      University of Florida BS with Honors in Chemistry 1968-1971

**High School:**        North Miami Senior High School 1965-1968

**PROFESSIONAL EXPERIENCE**

**April 1, 2015 – Present**
**Acute Care Surgeon/Trauma Surgeon**
**Director of Trauma Research and Education**
**St. Mary's Medical Center**
**West Palm Beach, FL**
**Clinical Affiliate  Professor of Surgery**
**Director of Surgical Simulation and Technology**
**Charles E. Schmidt College of Medicine**
**Florida Atlantic University**
**Boca Raton, FL**

**January 2017 – Present**
**Physician Consultant to the Trauma Service**
**Parkview Regional Medical Center**
**Ft. Wayne, IN**

**December 2014 – December 2016**
**Acute Care Surgeon/Trauma Surgeon**
**Parkview Regional Medical Center**
**Ft. Wayne, IN**

**November 2014 – Present**
**Medical Director, Trauma and Critical Care**
**Paradigm Outcomes**
**Walnut Creek, CA**

**January 2004 – November 2014**
**Associate Professor of Surgery and Anesthesiology**
**Division of Acute Care Surgery**
**Department of Surgery**
**University of Florida, College of Medicine**
**Gainesville, FL**

Former Trauma Medical Director (2004 to 2010) of the Trauma and Emergency Surgery Services at a major academic medical center and Level I Trauma Center and Pediatric Trauma Referral Center in North Central Florida.  Responsible for oversight of coordinating all aspects of care for trauma patients across the continuum including clinical, educational, research, pre-hospital and for monitoring all patient outcomes.

Currently practicing trauma, surgical critical care and emergency surgery on a daily basis. Duties include daily walk rounds, bi-weekly multidisciplinary sit down rounds, and caring for an average daily census of 30 to 50 patients, including approximately 450 operative cases per year in the operating room and over 500 bedside surgical procedures in the intensive care unit. Complex surgical procedures including entero-cutaneous fistula repair and complex ventral hernia repair. Expert in abdominal wall reconstruction after open abdomen. Referral sources from throughout Florida and Georgia.

Responsible for initiation of Surgical Stabilization of Rib Fracture Programs in 3 different trauma centers. Performed over 450 cases of rib fracture fixation since 2007.

Responsible for co-authoring the State of Florida Application for a Level I Adult and Pediatric Trauma Center at Shands/UF, establishment of all policies and procedures related to trauma care at Shands/University of Florida and directs quality improvement initiatives in the care of trauma patients.

Daily teaching responsibilities include mentoring surgical residents, medical students, physician extender students, and formal didactic lectures and laboratory training sessions.

Responsible for the training and mentorship of twelve actively practicing Trauma Surgeons in the United States.

Innovator and Establishment:

Diaphragm Pacing System Program for ventilator-dependent quadriplegic patients at UF Health
Diaphragm Pacing System Program for patients with Pompei Disease at UF Health
Rib Fracture Operative Fixation Program at UF Health
Rib Fracture Operative Fixation Program at St. Mary's Medical Center
Rib Fracture Operative Fixation Program at Parkview Regional Medical Center

**1992- 2003**
**Director Trauma and Surgical Critical Care**
**Memorial Regional Trauma Center**
**Hollywood, FL**

Practicing Trauma Surgeon participating in daily trauma call, admitting and treating all trauma patients, rounding, and caring for all patients in the 16 bed combined trauma and neurotrauma intensive care unit. Administrates and directs the Trauma Service to include implementation and design of all procedures and policies related to the care of the trauma patient. Responsible for quality improvement both within the Trauma Center and at county and regional levels. Director of all surgical education at Memorial Regional Hospital including surgical resident rotations in trauma, general surgery, and vascular surgery as well as design and structure of clinical rotations for third and fourth year medical students from two medical schools and second year physician assistant students from three university physician assistant schools.

**1980-1992**
**Private Practice General and Vascular Surgery, Hollywood, FL**

**HOSPITAL AFFILIATIONS:**

Parkview Regional Medical Center – Ft. Wayne, IN
St. Mary's Medical Center – West Palm Beach, FL
UF Health Shands Hosptial – Courtesy Staff - Gainesville, FL
Memorial Regional Hospital – Emeritus Staff

**FACULTY APPOINTMENTS**

Clinical Affiliate Associate Professor of Surgery Florida Atlantic University 2015 – present
Associate Professor of Surgery University of Vermont School of Medicine 2016 - present
Associate Professor of Surgery and Anesthesiology University of Florida – 2004 to 2014
Courtesy Staff UF Health Shands Hospital Gainesville, FL – 2016 - present
Clinical Associate Professor University of Miami School of Medicine  - past
Adjunct Clinical Professor Nova Southeastern School of Medicine - past
Adjunct Clinical Professor Nova Southeastern Physician Assistant Program - past
Adjunct Clinical Professor Barry University Physician Assistant Program - past
Clinical Associate Professor Saba University Medical School – past

**HOSPITAL APPOINTMENTS – Current**

Physician Advisor Disaster Committee –St. Mary's Medical Center
Director of Trauma Research and Education – St. Mary's Medical Center
Member Trauma Quality Improvement Committee – St. Mary's Medical Center

**HOSPITAL APPOINTMENTS – Past**

Member Medical Executive Committee – St. Mary's Medical Center
Physician Director Utilization Review Committee – St. Mary's Medical Center
Former Chief of Staff – Humana Hospital Pembroke
Former Member Executive Committee – Humana Hospital Pembroke
Former Director Trauma and Critical Care – Memorial Healthcare System
Former Director Surgical Residency Program – Memorial Healthcare System
Former Clinical Associate Professor – Department of Surgery – University of Miami
Former Clinical Associate Professor – Nova Southeastern College of Osteopath
Former Clinical Professor of Physician Assistant Sciences – Nova Southeastern University
Chairman of Trauma Quality Improvement Committee – Memorial Hospital
Chairman of Disaster Committee – Memorial Regional Hospital
Member of Informatics Task Force – Memorial Regional Hospital
Clinical Teaching Faculty – Mt. Sinai Hospital/Surgical Residency Program

**INTERNATIONAL DIRECTORSHIP**
Medical Director – Superboat International Productions

**NATIONAL COMMITTEES**

American College of Surgeons Committee on Trauma, Member 1998 -2010
Publication Sub-Committee American College of Surgeons Committee on Trauma: 2007
Disaster Management Sub-Committee American College of Surgeons Committee on Trauma 2009

American Association for the Surgery of Trauma: Ad-Hoc Sub-Committee, Developing a State Trauma System, Chair 2008
Site Surveyor: Pennsylvania Trauma System Foundation: 2006 – Current
Disruptive Physician Behavior, Panel Member at American College of Surgeons Leadership and Advocacy Meeting.
Senior Committee at Eastern Association for the Surgery of Trauma, Chair: 2008- Current
Eastern Association for the Surgery of Trauma, Board Member 2008- 2011
Board Member Eastern Association for the Surgery of Trauma Foundation – 2009- Current
Reviewer for the Journal of Trauma and Acute Care Surgery
Reviewer for the American Surgeon


**STATE AND LOCAL COMMITTEES**

President – Florida Chapter American College of Surgeons 2008- 2010
Medical Consultant, State of Florida Department of Health, Division of Trauma 2007- Current
Florida Council Member, Southeastern Surgical Congress
Board Member, Southeastern Surgical Congress
Mini-Internship Leadership Gainesville Program, Participant 2009
Vice Chairman - Florida Committee on Trauma – 1995 to 1997
Chairman - Florida Committee on Trauma – 1997 to 2003
Broward County Trauma Agency – 1996 to 1998, 2002 to 2003
Co-Chairman - State of Florida EMS Access to Trauma Care 1999 to present
Provider - Advanced Trauma Life Support
Provider - Advanced Cardiac Life Support
Regional Course Director and Instructor - Advanced Trauma Life Support
Regional Course Director and Instructor - Advanced Trauma Operative Management
Regional Course Director and Instructor – Advanced Surgical Skills for Exposure in Trauma
Regional Course Director and Instructor – Disaster Management and Emergency Prepardeness
Director - State of Florida Trauma Medical Director – 2005 to 2006
State Faculty - Advanced Trauma Life Support


**COMMITTEES AND DIRECTORSHIPS UNIVERSITY OF FLORIDA**

Iatrogenic Pneumothorax Prevention Committee, Member 2009
Preventive Urinary Tract Infection Committee, Chair, Shands UF 2009
Massive Transfusion Protocol Committee, Member 2007
Massive Pulmonary Embolism Committee, Member 2007
Central Venous Line Infection Committee, Chair,
Anti-Infective Sub-Committee, Member
Transfusion Committee – Member
Operating Room Committee – Member
Trauma Quality Improvement – Chairman
Brain & Spinal Cord Committee – Member
Course Director ATLS – Advanced Trauma Life Support
Course Director ATOM – Advanced Trauma Operative Management
Course Director ASSET – Advanced Surgical Skills for Exposure in Trauma
Course Director DMEP – Disaster Management and Emergency Preparedness

Central Line Instruction Video and Hands On Course for Surgical Residents
Focused Assessment Using Sonography for Trauma for Surgical Residents
Intraosseous Placement Instructional Course for Residents/Attendings
MS 4 Senior Medical Student Surgical Skills Course
Rib Plating Instructional Course for Surgical Residents/Attendings
Surgical Skills Course for Neurosurgical PGY1 Residents
Trauma Lecture to MS3 Clerkship Students each rotation
Director of the Trauma Chief Resident Conference – weekly review of "Top Knife"
Trauma Quality Management – Chaired meeting 3 times – 2011/12
Disaster Management Committee – Physician Representative – 2011/12
Sepsis Committee for Computerized Decision Making in 4 West ICU – 2011/12
Trauma Resuscitation Committee for Computerized Decision Support in 4 West ICU – 2011/12

## **PROFESSIONAL AFFILIATIONS AND CERTIFICATIONS**

### **Member:**

Alpha Omega Alpha Honor Society – 1975
Iron Arrow Honor Society University of Miami – 1975
South Florida Chapter American College of Surgeons – 1984
Eastern Association for the Surgery of Trauma – 1994 - present
American Association for the Surgery of Trauma – 2003 – present
American College of Surgeons COT ATLS Subcommittee
Florida Department of Health EMS Advisory Council –1998 to 2002
Florida Department of Health Brain and Spinal Cord Trauma Committee - 1998 to 2003
Society of Critical Care Medicine – 1998 to present
Pan American Trauma Association – 1998 to present
American Trauma Society – 1998 to present
American Association of Medical Informatics – 2001
Chest Wall Injury Society – 2017 to present – President 2017

### **Certified:**

Master Educator, Medical Education Faculty Development Program: 2008
Instructor: Advanced Trauma Life Support
Instructor: Advanced Trauma Operative Management (ATOM)
Course Director  - Advanced Trauma Life Support Provider and Instructor Courses
Course Director – Advanced Trauma Operative Management
Course Director – Advanced Surgical Site Exposures for Trauma
Course Director – Disaster Management and Emergency Management

ATLS Regional Facutly – 2015 - 2018
American Board of Surgeons – Recertification in Critical Care Surgery 2007
American Board Of Surgery - # 27214  - 1981, 1991, 2001, 2012
ACLS – 1992, 1998, 2003, 2015
PALS - 2015
Added Qualifications in Surgical Critical Care ABS - #1449-1995, 2005

**Fellow:**

Southeastern Surgical Congress – 1982 to present
American College of Surgeons – 1985 to present
American Association for the Surgery of Trauma – 1997 to present
Southern Surgical Association – 2000 to present
Pan American Trauma Society – 2002 to present

## <u>Visiting Professorships:</u>

1.  Visiting Professor, Grand Rounds, "Anticoagulation Reversal for Trauma and Surgical Patients: Big Trouble Is Here" University of Florida, FL, September 4, 2013.
2.  Visiting Professor, Grand Rounds, Bay Medical Center, Panama City, FL August 2012.
3.  Visiting Professor, Grand Rounds, "The Fracture Rib… Not Just Another Broken Bone." University of Florida, FL, July 2012.
4.  Visiting Professor, "Resuscitation 2009" Stony Brook University Hospital, Islip, NY, 2009
5.  Visiting Professor, Grand Rounds, University of Tennessee, Knoxville, TN, May 1999.
6.  Visiting Professor, Grand Rounds, University of Mississippi, Jackson, MS, May 1999.

## <u>Funding/Source/Studies</u>

1.  A Multicenter Randomized, Open-Label, Phase 3 Study to Compare the Safety and Efficacy of Intravenous Doripenem with that of Intravenous Piperacillin/Tazobactam in Hospital-Acquired Pneumonia, 07/08/04- Complete. Principal Investigator $83,812.50.

2. A Multicenter Randomized, Open-Label, Phase 3 Study to Compare the Safety and Efficacy of Intravenous Doripenem with that of Intravenous Imipenem in Ventilator-Associated Pneumonia, July 5th, 2004 – Complete. Sub-Investigator  $117,225.00

3. Development of a Shark Attack Severity Score using the International Shark Attack File, October 5, 2005 Complete. Sub-Investigator Funding- Physician Initiated

4. The Effects of Estrogen on CTGF and TGF-B in Pre/Post Menopausal Women and Men of Varying Ages Following Burn Injury, October 5, 2005 – Complete.  Sub-Investigator Funding- Physician Initiated

5. A Prospective Study to Evaluate the Erythropoietic Responsiveness Associated with Once Weekly (QW) Administration of Darbepoetin alfa (Aranesp) in Patients Admitted to the ICU, Jenica, November, 1st 2005 – Complete, $43,375.00 Sub-Investigator

6. F7Trauma-1648: A multi center, randomized, double-blind, parallel group, placebo controlled trial to evaluate the efficacy and safety of activated recombinant factor VII (rFVlla/NovoSeven®/NiaStase®) in the treatment of refractory bleeding in severely injured trauma patients.  BB-IND.9864. Novo Nordisk, February 10, 2006 – Complete. Principal Investigator  $68,900.00

7. A Randomized Double Blinded Pilot Study Evaluating the Efficacy of Lidoderm 5% Transdermal Patches in Treating Pain in Trauma Patients with Rib and Sternum Fractures, February 22, 2006 –N/A.

8. Evaluation of the GORE TAG Thoracic Endoprosthesis for the Treatment of Complex Pathology of the Descending Thoracic Aorta, GORE, March 5, 2006 – present.

9. Bard Recovery Filter Study, BARD, October 3, 2006 – present.

10. A Retrospective Review to Evaluate Outcomes of Two Feeding Tubes Used to Provide Nutritional Support for Surgical Patients, August 28, 2006 – present.

11. Dexmedetomidine versus Propofol for the Sedation of Trauma Patients at-risk for Alcohol Withdrawal in an Intensive Care Unit, September 28, 2006 –

12. A Comprehensive Assessment of the Florida Trauma System, University of South Florida, July 15, 2004 – February 8, 2005, $73,499.00.

13. A Multicenter, Retrospective, Observational Study to Evaluate Erythropoietic Stimulating Protein (ESP) Use and Clinica Outcomes in Hospitalized Patients (ASSESS), Amgen, March 22nd, 2005 – February 2, 2006, $14,000.00.


**PUBLICATIONS**

***Book Chapters***

1. Winfield, RD, Lottenberg, L. Secondary and Tertiary Triage of the Trauma Patient. Civetta, Taylor, & Kirby's Critical Care, Fourth Edition, Philadelphia, Lippincott Williams & Wilkins, a Wolters Kluwer Business, 2009, 1109-1128.

2. Hoyt DB, Coimbra R, Potenza BM (Commentary: Lottenberg L). Trauma Systems, Triage, and Transport. Trauma. New York. McGraw Hill. 2008, 57-82.

3. Gonzalez, Jr. P, Lottenberg L, Layon AJ. Abdominal Compartment Syndrome. Complications in Anesthesiology. 2008, 581-589.

4. Lottenberg L, Ang D. Geriatric Trauma, Trauma Contemporary Principles and Therapy. Philadelphia, Lippincott Williams & Wilkins, a Wolters Kluwer Business, 2008, 607-612.

5. Taheri PA, Butz DA, Lottenberg L, et al.  The cost of trauma center readiness.  In Year Book of surgery 2005.  Philadelphia: Mosby Inc; 2005: 32-33. Copeland EM III, et al,


**Peer Reviewed Articles/Publications**
.

1. **Indications for surgical stabilization of rib fractures in patients without flail chest: surveyed opinions of members of the Chest Wall Injury Society.** Pieracci FM, Agarwal S, Doben A, Shiroff A, Lottenberg L, Whitbeck SA, White TW. Int Orthop. 2018 Feb;42(2):401-408. doi: 10.1007/s00264-017-3612-1. Epub 2017 Aug 29.

2. **Prehospital Spine Immobilization/Spinal Motion Restriction in Penetrating Trauma: a Practice Management Guideline from the Eastern Association for the Surgery of Trauma (EAST)**. Velopulos CG, Shihab HM, **Lottenberg L**, Feinman M, Raja A, Salomone J, Haut ER.J Trauma Acute Care Surg. 2017 Dec 28.

3. **Evaluation of a Device Combining an Inferior Vena Cava Filter and a Central Venous Catheter for Preventing Pulmonary Embolism Among Critically Ill Trauma Patients.** Tapson VF, Hazelton JP, Myers J, Robertson C, Gilani R, Dunn JA, Bukur M, Croce MA, Peick A, West S, **Lottenberg L**, Doucet J, Miller PR, Crookes B, Gandhi RR, Croft CA, Manasia A, Hoey BA, Lieberman H, Guillamondegui OD, Novack V, Piazza G, Goldhaber SZ. J Vasc Interv Radiol. 2017 Sep;28(9):1248-1254. doi: 10.1016/j.jvir.2017.05.001. Epub 2017 Jun 20.

4. **Diaphragm Pacing as a Rehabilitative Tool for Patients With Pompe Disease Who Are Ventilator-Dependent: Case Series.** Smith BK, Fuller DD, Martin AD, **Lottenberg L**, Islam S, Lawson LA, Onders RP, Byrne BJ. Phys Ther. 2016 May;96(5):696-703

5. **Clostridium difficile Infections after Blunt Trauma: A Different Patient Population?** Vanzant EL, Ozrazgat-Baslanti T, Liu H, Malik S, Davis R, Lanz J, Miggins MV, Gentile LF, Cuenca A, Cuenca AG, **Lottenberg L**, Moore FA, Ang DN, Bihorac A, Efron PA.Surg Infect (Larchmt). 2015 Aug;16(4):421-7. doi: 10.1089/sur.2013.141. Epub 2015 Jun 2.

6. **Antibiotic Regimen after a Total Abdominal Colectomy with Ileostomy for Fulminant Clostridium difficile Colitis: A Multi-Institutional Study**. van der Wilden GM, Subramanian MP, Chang Y, **Lottenberg L**, Sawyer R, Davies SW, Ferrada P, Han J, Beekley A, Velmahos GC, de Moya MA. Surg Infect (Larchmt). 2015 Aug;16(4):455-60. doi: 10.1089/sur.2013.153. Epub 2015 Jun 12.

7. **Successful implementation of a packed red blood cell and fresh frozen plasma transfusion protocol in the surgical intensive care unit.** Szpila BE, Ozrazgat-Baslanti T, Zhang J, Lanz J, Davis R, Rebel A, Vanzant E, Gentile LF, Cuenca AG, Ang DN, Liu H, **Lottenberg L**, Marker P, Zumberg M, Bihorac A, Moore FA, Brakenridge S, Efron PA. PLoS One. 2015 May 26;10(5):e0126895.

8. **Understanding Why Patients Return to the Emergency Department after Mild Traumatic Brain Injury within 72 Hours**. Ganti L, Conroy LM, Bodhit A, Daneshvar Y, Patel PS, Ayala S, Kuchibhotla S, Hatchitt K, Pulvino C, Peters KR, Lottenberg LL.West J Emerg Med. 2015 May;16(3):481-5. doi: 10.5811/westjem.2015.2.23546. Epub 2015 Apr 2.

9. **TBI ADAPTER: traumatic brain injury assessment diagnosis advocacy prevention and treatment from the emergency room--a prospective observational study.** Ganti L, Daneshvar Y, Bodhit A, Ayala S, Patel PS, Lottenberg LL, York D, Counsell C, Peters KR. Mil Med. 2015 Apr;180(4):380-6

10. **A protocol for the management of adhesive small bowel obstruction.** Loftus T, Moore F, VanZant E, Bala T, Brakenridge S, Croft C, **Lottenberg L**, Richards W, Mozingo D, Atteberry L, Mohr A, Jordan J.J Trauma Acute Care Surg. 2015 Jan;78(1):13-9; discussion 19-21.

11. **Inferior vena cava filters in trauma patients: a national practice patterns survey of U.S. Trauma centers.** Rajasekhar A, Elmariah H, **Lottenberg L**, Beyth R, Lottenberg R, Ang D. Am Surg. 2014 Dec;80(12):1237-44.

12. **Small bowel obstruction secondary to impacted phytobezoar within a Meckel's diverticulum.** Cantrell EF, Cohen-Shohet RN, Browning RL, Richards WT, **Lottenberg L**. Am Surg. 2014 Jul;80(7):e194-5. No abstract available.

13. **Blunt cerebrovascular injury in rugby and other contact sports: case report and review of the literature.** Cuellar TA, **Lottenberg L**, Moore FA.World J Emerg Surg. 2014 May 4;9:36. doi: 10.1186/1749-7922-9-36. eCollection 2014. Review.

14. **Computer versus paper system for recognition and management of sepsis in surgical intensive care.** Croft CA, Moore FA, Efron PA, Marker PS, Gabrielli A, Westhoff LS, **Lottenberg L**, Jordan J, Klink V, Sailors RM, McKinley BA. J Trauma Acute Care Surg. 2014 Feb; 76(2): 311-9.

15. **Multicenter review of diaphragm pacing in spinal cord injury: Successful not only in weaning from ventilators but also in bridging to independent respiration.** Posluszny JA Jr, Onders R, Kerwin AJ, Weinstein MS, Stein DM, Knight J, **Lottenberg L**, Cheatham ML, Khansarinia S, Dayal S, Byers PM, Diebel L. J Trauma Acute Care Surg. 2014 Feb; 76(2): 303-10.

16. **Impact of helmet use in traumatic brain injuries associated with recreational vehicles.** Ganti L, Bodhit AN, Daneshvar Y, Patel PS, Pulvino C, Hatchitt K, Hoelle RM, Peters KR, Kuchibhotla S, Lottenberg L, Gabrielli A, Mazzuoccolo A, Elie-Turenne MC, Falgiani T, Maerz PW, Kharod SM, Conroy LM, Khalid HM, Tyndall JA. Adv Prev Med. 2013; Epub 2013 Sep 25.

17. **Improbable Survival after Prolonged Traumatic Cardiopulmonary Arrest: Revisiting the 15-minute** Rule. Kim T, Kim SS, Lottenberg L, Efron PA, Ang DN. Am Surg. 2013 Jun; 79(6): 649-50.

18. **Vascularized plantar myocutaneous free flap transfer for amputee stump preparation: a proof of concept cadaver study.** Smith LN, Richards WT, Mozingo DW, Lottenberg L. Mil Med. 2013 Feb; 178(2):222-7.

19. **TBI surveillance using the common data elements for traumatic brain injury: a population study.** Stead LG, Bodhit AN, Patel PS, Daneshvar Y, Peters KR, Mazzuoccolo A, Kuchibhotla S, Pulvino C, Hatchitt K, Lottenberg L, Elie-Turenne MC, Hoelle RM, Vedula A, Gabrielli A, Miller BD, Slish JH, Falgiani M, Falgiani T, Tyndall JA; Emergency Medicine Traumatic Brain Injury Research Network Investigators. Int J Emerg Med. 2013 Feb 27;6(1):5. doi: 10.1186/1865-1380-6-5.

20. **A genomic analysis of Clostridium difficile infections in blunt trauma patients.** Efron PA, Liu H, Lottenberg L, Cuenca AG, Gentile LF, Miggins MV, Bihorac A, Baker HV, Moore FA, Moldawer LL, Ang DN. J Trauma Acute Care Surg. 2013 Jan;74(1):334-8. doi: 10.1097/TA.0b013e3182789426.

21. **Candida albicans Necrotizing Soft Tissue Infection: A Case Report and Literature Review of Fungal Necrotizing Soft Tissue Infections.** Buchanan PJ, Mast BA, Lottenberg L, Kim T, Efron PA, Ang DN.Ann Plast Surg. 2012 Nov 1. [Epub ahead of print]

22. **Management of pediatric occult pneumothorax in blunt trauma: a subgroup analysis of the American Association for the Surgery of Trauma multicenter prospective observational study.** Notrica DM, Garcia-Filion P, Moore FO, Goslar PW, Coimbra R, Velmahos G, Stevens LR, Petersen SR, Brown CV, Foulkrod KH, Coopwood TB Jr, Lottenberg L, Phelan HA, Bruns B, Sherck JP, Norwood SH, Barnes SL, Matthews MR, Hoff WS, Demoya MA, Bansal V, Hu CK, Karmy-Jones RC, Vinces F, Hill J, Pembaur K, Haan JM.J Pediatr Surg. 2012 Mar;47(3):467-72.

23. **Intraosseous vascular access for in-hospital emergency use: a systematic clinical review of the literature and analysis.** Voigt J, Waltzman M, Lottenberg L.Pediatr Emerg Care. 2012 Feb;28(2):185-99. Review.

24. **Obese patients show a depressed cytokine profile following severe blunt injury**. Winfield RD, Delano MJ, Cuenca AG, Cendan JC, Lottenberg L, Efron PA, Maier RV, Remick DG, Moldawer LL, Cuschieri J.Shock. 2012 Mar;37(3):253-6.

25. **A pilot study on the randomization of inferior vena cava filter placement for venous thromboembolism prophylaxis in high-risk trauma patients.** Rajasekhar A, Lottenberg L, Lottenberg R, Feezor RJ, Armen SB, Liu H, Efron PA, Crowther M, Ang D. J Trauma. 2011 Aug;71(2):323-8; discussion 328-9.

26. **A regionalised strategy for improving motor vehicle-related highway driver deaths using a weighted averages method.** Kim T, Rivara FP, Mozingo DW, Lottenberg L, Harris ZB, Casella G, Liu H, Moldawer LL, Efron PA, Ang DN.Inj Prev. 2012 Feb;18(1):16-21. Epub 2011 Jun 16.

27. **Blunt traumatic occult pneumothorax: is observation safe?--results of a prospective, AAST multicenter study.** Moore FO, Goslar PW, Coimbra R, Velmahos G, Brown CV, Coopwood TB Jr, Lottenberg L, Phelan HA, Bruns BR, Sherck JP, Norwood SH, Barnes SL, Matthews MR, Hoff WS, de Moya MA, Bansal V, Hu CK, Karmy-Jones RC, Vinces F, Pembaur K, Notrica DM, Haan JM.J Trauma. 2011 May;70(5):1019-23; discussion 1023-5.

28. **Mopeds and scooters: crash outcomes in a high traffic state.** Miggins M, Lottenberg L, Liu H, Moldawer L, Efron P, Ang D. J Trauma. 2011 Jul;71(1):217-22.

29. **Review of a large clinical series: once- versus twice-daily enoxaparin for venous thromboembolism prophylaxis in high-risk trauma patients.** Bush S, LeClaire A, Hampp C, Lottenberg L. J Intensive Care Med. 2011 Mar-Apr;26(2):111-5. Epub 2011 Jan 21.

30. **Pulmonary embolism prophylaxis with inferior vena cava filters in trauma patients: a systematic review using the meta-analysis of observational studies in epidemiology (MOOSE) guidelines.** Rajasekhar A, Lottenberg R, Lottenberg L, Liu H, Ang D. J Thromb Thrombolysis. 2011 Jul;32(1):40-6. Review.

31. **All-terrain vehicle safety in Florida: is legislation really the answer?** Winfield RD, Mozingo DW, Armstrong JH, Hollenbeck JI, Richards WT, Martin LC, Beierle EA, Lottenberg L. Am Surg. 2010 Feb;76(2):149-53.

32. **A massive pulmonary embolism treatment protocol: how trauma performance improvement affects outcome throughout the hospital system.** Velopulos CG, Zumberg M, McAuliffe P, Lottenberg L, Layon AJ. Am Surg. 2010 Feb;76(2):145-8. Review.

33. **Traditional resuscitative practices fail to resolve metabolic acidosis in morbidly obese patients after severe blunt trauma.** Winfield RD, Delano MJ, Lottenberg L, Cendan JC, Moldawer LL, Maier RV, Cuschieri J. J Trauma. 2010 Feb;68(2):317-30.

34. **Mortality and management of 96 shark attacks and development of a shark bite severity scoring system.** Lentz AK, Burgess GH, Perrin K, Brown JA, Mozingo DW, Lottenberg L. Am Surg. 2010 Jan;76(1):101-6.

35. **Differences in outcome between obese and nonobese patients following severe blunt trauma are not consistent with an early inflammatory genomic response.** Winfield RD, Delano MJ, Dixon DJ, Schierding WS, Cendan JC, Lottenberg L, Lopez MC, Baker HV, Cobb JP, Moldawer LL, Maier RV, Cuschieri J. Crit Care Med. 2010 Jan;38(1):51-8.

36. **Endovascular treatment of traumatic thoracic aortic injuries.** Feezor RJ, Hess PJ Jr, Martin TD, Klodell CT, Beaver TM, Lottenberg L, Martin LC, Lee WA. J Am Coll Surg. 2009 Apr;208(4):510-6.

37. **Sturgeons versus surgeons: leaping fish injuries at a level I trauma center.** Wilson JP, Burgess G, Winfield RD, Lottenberg L. Am Surg. 2009 Mar;75(3):220-2.

38. **A US multicenter, retrospective, observational study of erythropoiesis-stimulating agent utilization in anemic, critically ill patients admitted to the intensive care unit.** Brophy GM, Sheehan V, Shapiro MJ, Lottenberg L, Scarlata D, Audhya P; ASSESS Study Group and Amgen Inc. Clin Ther. 2008 Dec;30(12):2324-34.

39. **A case of dual thoracoabdominal impalement in vehicular trauma**. Winfield RD, Parr AG, Ang DN, Martin TD, Chen MK, Seagle MB, Hochwald SN, Reed AI, Lottenberg L. Am Surg. 2008 Aug;74(8):757-60.

40. **Traumatic aortic injuries in the pediatric population.** Anderson SA, Day M, Chen MK, Huber T, Lottenberg LL, Kays DW, Beierle EA. J Pediatr Surg. 2008 Jun;43(6):1077-81.

41. **Assessing effectiveness of a mature trauma system: Association of trauma center presence with lower injury mortality rate.** Papa L, Langland-Orban B, Kallenborn C, Tepas JJ 3rd, Lottenberg L, Celso B, Durham R, Flint L. J Trauma. 2006 Aug;61(2):261-6; discussion 266-7.

42. **The use of hydrogen peroxide for achieving dermal hemostasis after burn excision in a patient with platelet dysfunction.** Potyondy L, Lottenberg L, Anderson J, Mozingo DW. J Burn Care Res. 2006 Jan-Feb;27(1):99-101.

43. **A systematic review and meta-analysis comparing outcome of severely injured patients treated in trauma centers following the establishment of trauma systems.** Celso B, Tepas J, Langland-Orban B, Pracht E, Papa L, Lottenberg L, Flint L. J Trauma. 2006 Feb;60(2):371-8; discussion 378. Review.

44. **Blunt traumatic injury of the gallbladder.** Carrillo EH, Lottenberg L, Saridakis A. J Trauma. 2004 Aug;57(2):408-9. No abstract available.

45. **The cost of trauma center readiness.** Taheri PA, Butz DA, Lottenberg L, Clawson A, Flint LM. Am J Surg. 2004 Jan;187(1):7-13.

46. **Comparison of carbon dioxide and iodinated contrast for cavography prior to inferior vena cava filter placement.** Holtzman RB, Lottenberg L, Bass T, Saridakis A, Bennett VJ, Carrillo EH. Am J Surg. 2003 Apr;185(4):364-8.

47. **Use of a human patient simulator for the advanced trauma life support course**. Block EF, Lottenberg L, Flint L, Jakobsen J, Liebnitzky D. Am Surg. 2002 Jul;68(7):648-51.

48. **Traumatic head injury in the anticoagulated elderly patient: a lethal combination**. Karni A, Holtzman R, Bass T, Zorman G, Carter L, Rodriguez L, Bennett-Shipman VJ, Lottenberg L. Am Surg. 2001 Nov;67(11):1098-100.

49. **Blunt innominate artery injury.** Stover S, Holtzman RB, Lottenberg L, Bass TL. Am Surg. 2001 Aug;67(8):757-9.

50. **Elderly injury: a profile of trauma experience in the Sunshine (Retirement) State.** Tepas JJ 3rd, Veldenz HC, Lottenberg L, Romig LA, Pearman A, Hamilton B, Slevinski RS, Villani DJ. J Trauma. 2000 Apr;48(4):581-4; discussion 584-6.

51. **Bedside placement of inferior vena cava filters in the intensive care unit.** Tola JC, Holtzman R, Lottenberg L. Am Surg. 1999 Sep;65(9):833-7; discussion 837-8.

52. **THE EFFECTS OF DIRECT MYOCARDIAL REVASCULARIZATION ON INFARCT SIZE: A CLINICAL AND EXPERIMENTAL CORRELATION.**Bolooki H, Dresnick S, Lottenberg L, Cueto G, Golkar R.Cardiovasc Dis. 1977;4(2):184-198. No abstract available.

## *Instructional Videos*

1.          Lottenberg, L, Guidelines for Placement of Central Venous Access, Gainesville: ProMediaDigital; 2008.

2.          Lottenberg, L, et al.  Patient Management Problems in Trauma and Critical Care, Blunt Chest Trauma.  Ontario: BC Decker; 2003

## **DEVELOPER**

Developed trauma documentation templates currently used by physicians, with the "PocketChart-Trauma Edition" software by Care Tools, Inc. **www.caretools.com**

## **RESEARCH ACTIVITIES**

## *Ongoing*

1. Vidacare clinical trial – Insertion of IO for CT scanning

2. NeuRx- Diaphragm Pacing System for use in stable, high spinal cord injuries; HUD Exemption

3. NeuRx- Diaphragm Pacing System for use patient with Amyotrophic Lateral Sclerosis

4. Methicillin-Resistant Staphylococcus Aureus in a Trauma Population: Does Decolonization Prevent Infection (MRSA)

5. Advanced Trauma Operative Management Course (ATOM)

6. An Observational Study to Determine the Safety and Effectiveness of Intraosseous Contrast Dye Vascular Access for the Delivery of CT

7. Extra-Peritoneal Pelvic Packing: Description and Analysis Data Collection and Entry complete.

8. Utility of Point of Care Testing (POCT) in Predicting Outcomes in Trauma Patients

9. Acute Care Surgery Database

10. Management of Blunt Splenic Injury: A Single Institution Retrospective Study

## *Completed*

1. A Multicenter Randomized, Open-Label, Phase 3 Study to Compare the Safety and Efficacy of Intravenous Doripenem with that of Intravenous Piperacillin/Tazobactam in Hospital-Acquired Pneumonia, 07/08/04- Complete. Principal Investigator $83,812.50.

2. A Multicenter Randomized, Open-Label, Phase 3 Study to Compare the Safety and Efficacy of Intravenous Doripenem with that of Intravenous Imipenem in Ventilator-Associated Pneumonia, July 5th, 2004 – Complete. Sub-Investigator  $117,225.00

3. Development of a Shark Attack Severity Score using the International Shark Attack File, October 5, 2005 Complete. Sub-Investigator Funding- Physician Initiated

4. The Effects of Estrogen on CTGF and TGF-B in Pre/Post Menopausal Women and Men of Varying Ages Following Burn Injury, October 5, 2005 – Complete.  Sub-Investigator Funding- Physician Initiated

5. A Prospective Study to Evaluate the Erythropoietic Responsiveness Associated with Once Weekly (QW) Administration of Darbepoetin alfa (Aranesp) in Patients Admitted to the ICU, Jenica, November, 1st 2005 – Complete, $43,375.00 Sub-Investigator

6. F7Trauma-1648: A multi center, randomized, double-blind, parallel group, placebo controlled trial to evaluate the efficacy and safety of activated recombinant factor VII (rFVlla/NovoSeven®/NiaStase®) in the treatment of refractory bleeding in severely injured trauma patients.  BB-IND.9864. Novo Nordisk, February 10, 2006 – Complete. Principal Investigator  $68,900.00

7. A Randomized Double Blinded Pilot Study Evaluating the Efficacy of Lidoderm 5% Transdermal Patches in Treating Pain in Trauma Patients with Rib and Sternum Fractures, February 22, 2006 –N/A.

8. Evaluation of the GORE TAG Thoracic Endoprosthesis for the Treatment of Complex Pathology of the Descending Thoracic Aorta, GORE, March 5, 2006

9. Bard Recovery Filter Study, BARD, October 3, 2006

10. A Retrospective Review to Evaluate Outcomes of Two Feeding Tubes Used to Provide Nutritional Support for Surgical Patients, August 28, 2006

11. Dexmedetomidine versus Propofol for the Sedation of Trauma Patients at-risk for Alcohol Withdrawal in an Intensive Care Unit, September 28, 2006

12. A Comprehensive Assessment of the Florida Trauma System, University of South Florida, July 15, 2004 – February 8, 2005, $73,499.00.

13. A Multicenter, Retrospective, Observational Study to Evaluate Erythropoietic Stimulating Protein (ESP) Use and Clinica Outcomes in Hospitalized Patients (ASSESS), Amgen, March 22nd, 2005 – February 2, 2006, $14,000.00.

14. Incidence of Venous Thromboembolism in High Risk Trauma Patients with Retrievable Inferior Vena Cava Filter Prophylaxis; A Pilot Feasibility Study, October 2008-February 2013.  Sub-Investigator  Funding-Physician Initiated

## **Invited Lecturer**

### *National:*

1. Invited presenter for Haemonetics Corporation, Experiences with TEG, Milwaukee, MN, November 12, 2013.

2. Invited speaker, Rib Plating, Indianapolis, IN; August 26, 2013.

3. Invited speaker, Rib Plating Consortium, Henderson, NV; June 1, 2013.

4. Invited Grand Rounds speaker, University of Texas San Antonio, San Antonio, TX; May 16, 2013.
5. Invited Grand Rounds speaker, University of South Alabama, Mobile, AL; February 22, 2013.

6. Invited Grand Rounds speaker, Rib Plating, Savannah, GA; January 10, 2013.

7. Speaker at Scientific Program, Eastern States Trauma, National Harbour, MD; June 10-12, 2012.

8. Speaker at 14th Annual Trauma Conference, "Controversies in Trauma: Where Have We Been, Where Are We Going?" *Rib Plating;* Ft. Worth, TX, April 5, 2012.

9. Speaker at Synthes National Meeting, "Rib Fracture Fixation'" Palm Springs, CA; March 10-13, 2012.

10. Invited Lecturer, *Pancreatitis,* Point/Counterpoint on Acute Care Surgery, National Harbor, MD; June 12-14, 2011.

11. "Advanced Complex Ventral Hernia Repair Symposium", Covidien, Las Vegas, NV; January 29, 2009.

12. Invited Lecturer, Visiting Professor, "Resuscitation 2009" Stony Brook University Hospital, Islip, NY, May 13, 2009.

13. Invited Lecturer, Covidien, "Trauma and Emergency Surgery, Simple Solutions for Complex Cases using Biologics", Boston, MA, May 8, 2009.

14. Invited Lecturer, Harris Methodist Annual Trauma Conference, "Advanced resuscitation Technique to Decrease Compartment Syndrome", Fort Worth, TX, April 22, 2009.

15. Invited Lecturer, Covidien, "Trauma and Emergency Surgery, Simple Solutions for Complex Cases using Biologics", Chicago, IL, April 1, 2009.

16. Invited Lecturer, Covidien, "Trauma and Emergency Surgery, Simple Solutions for Complex Cases using Biologics", Charlottesville, VA, March 4, 2009

17. Invited Lecturer, sanofi-aventis – "Prophylaxis of VTE in Patients Undergoing Abdominal Surgery" – Thomasville, GA October 17th 2006.

18. Invited Speaker - Point/Counterpoint – Williamsburg, VA June 4th – 6th, 2006.

19. Invited Senior Site Surveyor for the Pennsylvania Trauma Foundation – Pennsylvania University and Allen, Pennsylvania April 18th – 21st, 2006.

20. ATS, Trauma Information and Exchange Program, Washington, DC, November 13-14, 2005.

21. Physician Assistants in Trauma, Eastern Association for the Surgery of Trauma, Amelia Islands, FL January 2004.

22. Trauma & Critical Care Meeting, Las Vegas, NV, March 2001

23. "The Impact of a Transfusion Alternatives Program on Surgical Transfusion Practice and Costs", Southeastern Surgical Congress, New Orleans, LA. February 2001

24. Early Intervention By The Multidisciplinary Team Improves Outcome During Inpatient Rehabilitation, Southeastern Surgical Congress, New Orleans, LA, Feb. 2001

25. Annual Trauma Center Leadership Conference, Newport Beach, CA, February. 2001

26. Symposium By the Sea, Captiva, FL August 2000

27. Annual Multidisciplinary Trauma Conference, Sparrow Hospital, Lansing, MI, May 2000

28. Space Coast Trauma Symposium, Melbourne Beach, FL November 1999

29. Surgery Advisory Board Meeting, Knoxville, TN, May 1999

### *Regional:*

1. Invited Lecturer for Haemonetics, "TEG in trauma" Southeastern Surgical Meeting, Savannah, GA; February 21, 2014.

2. Invited presenter for Haemonetics Corporation, Experiences with TEG, Ft. Lauderdale, FL; June 10-11, 2013.

3. Invited Lecturer, "Inspiring Quality", Rollins College, Orlando, FL; January 23, 2013.

4. Invited Lecturer, Grand Rounds, Panama City, FL; August 22, 2012.

5. Invited Lecturer, Symposium By The Sea - Controversies in Emergency Medicine Conference, "Coagulation Reversal in Head Trauma Patients" – Amelia Island, FL; August 5, 2012.

6. Invited Lecturer, "Rib Plating" – Orlando, FL; June 15, 2012.

7. Invited Lecturer, Shands Live Oak, "Rural Trauma Systems," – Live Oak, FL; May 13, 2011.

8. Invited Lecturer, "Resuscitation 2009", Sacred Heart Hospital, Pensacola, FL November 17,2008.

9. Disaster Management, Speaker –, Orlando, FL November 21, 2008.

10. Invited Lecturer, sanofi-aventis – "Prophylaxis of VTE in Patients Undergoing Abdominal Surgery" – Tallahassee, FL October 23rd 2006

11. Invited Lecturer, sanofi-aventis – "Prophylaxis of VTE in Patients Undergoing Abdominal Surgery" – Pensacola, FL September 25-26th 2006

12. Invited Lecturer, sanofi-aventis – "Prophylaxis of VTE in Patients Undergoing Abdominal Surgery" – Ocala, FL September 14th 2006

13. Invited Lecturer, Shands  Jacksonville – Disaster Management Seminar "Disaster Management in the Austere (Rural) Environment" – Jacksonville, FL October 23rd 2006

14. Disaster Management, Speaker – Topic: "Current Status and Future of HRSA/CDC Grants for Florida", October 11th, 2005

15. Florida Chapter American College of Surgeons Meeting, Speaker – Topic: "Update of Florida Trauma System" – Boca Grande, Florida, May 27th, 2005.

16. Robert Zeppa Memorial Lecture "Florida's Trauma System: 25 years of Progress", Jackson Memorial Hospital, June 12th, 2004.

17. Invited lecturer, Disaster Planning Conference, Hurricane Andrew: Ten Years After, New Jersey. April 2002.

**18.** Invited Lecturer, Florida Surgical Society/Florida Chapter ACS Annual Meeting, Key West, FL. June 2001

*Local:*

1. Invited Lecturer, "Management of complex pelvic fractures" University of Florida, Gainesville, FL; February 18, 2014.

2. Invited Lecturer, "Rib Plating" Jacksonville, FL; February 17, 2014.

3. Invited Lecturer, University of Florida Surgery 201 Course, "Management of enterocutaneous fistulas" – Gainesville, FL; March 27, 2012.

4. Invited Lecturer, "Management of Pelvic Fractures," Surgery Course PGY201, University of Florida, May 2011.

5. Invited Lecturer, New Housestaff Orientation Program, UF Graduate Medical Education, June 2009.

6. Lecturer, Disruptive Physicians, 3rd year Medical Students, January 22, 2009

7. Lecture to the Medical Students – Topic: "Trauma" Dragstedt Conference Room, April 4, 2006

8. DVT Prophylaxis in Trauma/Surgery – Gainesville, FL, March 2, 2006.

9. Lecture FCCS, Shands & University of Florida, School of Nursing, FL, November 19, 2005.

10. Lecture to the Medical Students – Topic: "Trauma" Comunicore Classroom  C1-4, November 8, 2005.

11. ATOM, Speaker – Topic: "Splenic Trauma", Hartford Hospital, October 27, 2005.

12. Lecture to the Medical Students – Topic: "Trauma" Dragstedt Conference Room, October 12, 2005.

13. Lecture to the Rotary – Topic: "Trauma Care at Shands & University of Florida", Paramount Resort Hotel, Gainesville, August 23, 2005.

14. Grand Rounds in OB/GYN, Lecture – Topic: "Management of Trauma in Pregnancy" – Barron Library, 3rd Floor, Medical Science Bldg, April 22, 2005.

15. Multidisciplinary Approaches to Multisystem Trauma: "Issues and Priorities" – Post Graduate Course, April 18, 2005.

16. Lecture to the Medical Students – Topic: "Trauma" Dragstedt Conference Room, March 31, 2005.

17. In-Service – Topic: "Trauma" with Jim Howard and ShandsCair Team in Chiefland, FL, March 30, 2005.

18. AACN Monthly Chapter Meeting Lecture – Topic: "End Points of Resuscitation", Shands/UF Room 6120, March 8, 2005.

19. In-Service – Topic: "Trauma" with Jim Howard and ShandsCair Team in Gilchrist County Sheriffs Office, February 23, 2005.

20. Lecture to the Medical Students – Topic: "Trauma", Dragstedt Conference Room, February 17, 2005.

21. Critical Care Medicine Journal Club Meeting Lecture – Topic: "Emergency Airway Management", Steve's Café American, February 8, 2005.

22. Lecture to the Medical Students – Topic: "Trauma", Commincore Classroom CG-56, February 4, 2005.

23. Journal Club Meeting Lecture – Topic: "Invasive Procedures", 706 Restaurant, January 25, 2005.

24. General ATLS Approach Lecture, Shands Hospital, January 4, 2005.

25. Anesthesiology Lecture – Topic: "Characteristics, Infrastructures & Lines of Command in the Level 1 Trauma Sytem at Shands", January 3, 2005.

26. Inservice – Topic: "Pain Control" to Nursing staff at Shands Hospital, December 16, 2004.

27. Lecture – Topic: "Bedside Surgery", Panamerican Trauma Society Conference Meeting, Miami FL, November 17, 2004.

28. Initial Management of Trauma, Union County EMS, Bradford, FL, March 30, 2004.

29. Sedation and Pain Management, Halifax Hospital, Daytona Beach, FL, March 26, 2004.

30. Blood Conservation in Trauma and Critical Care, Surgery Grand Rounds, Shands/Jacksonville Department of Surgery, March 17, 2004.

31. Sedation and Pain Management in Trauma and Critical Care, Surgery Grand Rounds, University of Florida Department of Surgery, February 25, 2004.

32. Trauma in North Central Florida 2004, Alachua County Medical Society, January 2004.

33. Invited lecturer, Nutritional Support in Trauma & Critical Care, Mission Hills, CA, September 2003.

34. Invited lecturer, Nutritional Support in Trauma & Critical Care, Los Angeles, CA, September 2003.

35. Invited lecturer, Sedation & Pain Management in Critical Illness, 5th Annual Total Trauma Care Conference, Greeley, CO, August 2003.

36. Invited lecturer, Sedation & Pain Management in Critical Illness, May Day Trauma Conference, Melbourne, FL, May 2003.

37. Invited lecturer, Sedation & Pain Management in Critical Illness, New Orleans, LA, April 2003.

38. Invited lecturer, Sedation & Pain Management in Critical Illness, Chattanooga, TN, April 2003.

39. Invited lecturer, Sedation & Pain Management in Critical Illness, Las Vegas, NV, March 2003.

40. Invited lecturer, Sedation & Pain Management in the Intensive Care Unit, Minneapolis, MI. December 2002.

41. Invited lecturer, Sedation & Pain Management in the Intensive Care Unit, Trauma Grand Rounds, Dearborn, MI. October 2002.

42. Invited lecturer, Broward County Physician Assistant Association, Fort Lauderdale, FL. October 2002.

43. Invited lecturer, Sedation & Pain Management in the Intensive Care Unit. September 2002.

44. Invited lecturer, Sedation & Pain Management in the ICU, Fort Lauderdale, FL. August 2002.

45. Invited lecturer, Sedation & Pain Management in the Intensive Care Unit, Atlanta, GA. July 2002.

46. Invited lecturer, Sedation & Pain Management in the Intensive Care Unit, Birmingham, AL. July 2002.

47. Invited lecturer, Sedation & Pain Management in the Intensive Care Unit, Fort Lauderdale, FL. May 2002.

48. Invited lecturer, Ant fungal Medication in the Intensive Care Unit, Fort Lauderdale, FL., May 2002.

49. Invited lecturer, Acute Abdominal Trauma, Nova Southeastern University, Florida, January 2002.

50. Invited lecturer, Fluid & Electrolyte Management in Adults, Nova Southeastern University, Florida. January 2002.

51. Invited lecturer, Parenteral & Enteral Nutrition Symposium. November 2001.

52. Invited lecturer, North Florida Region Trauma Agency, Status of Trauma Care in Florida, Ocala, FL. November 2001.

53. Invited lecturer, Sedation & Pain Management in the Intensive Care Unit, Wisconsin. October 2001.

54. Invited Lecturer, New Strategies in Gram Positive Infections, Melbourne, FL. August 2001.

55. Invited Lecturer, New Strategies in Gram Positive Infections, Fort Lauderdale, FL. August 2001.

56. Invited Lecturer, New Strategies in Gram Positive Infections, Davie FL. July 2001.

57. Invited Lecturer, Canidida Infections, Captiva, FL. May 2001.

58. Invited Lecturer, Clarion Methodist Hospital Grand Rounds, Indianapolis, IN. May 2001.

59. Invited Lecturer, Sacred Heart Hospital Grand Rounds, Pensacola, FL., April 2001.

60. Invited Lecturer, Carraway Injury Institute Grand Rounds, Birmingham, AL., April 2001.

61. Invited Lecturer, University of Miami Grand Rounds, Miami, FL., March 2001.

62. Invited Lecturer, New Strategies in Gram Positive Infections, N. Miami, FL., March 2001.

63. Invited Lecturer, Nova Southeastern University Medical School, Davie, FL, Jan. 2001.

64. Invited Lecturer, Grand Rounds, St. Mary's Hospital, West Palm Beach, FL, August 2000.

65. Invited Lecturer, Trauma Conference, Holmes Regional Trauma Center, Melbourne, FL, August 2000.

66. Invited Lecturer, Yeast Infections in the ICU, Charlotte, NC, July 2000.

67. Invited Lecturer, Trauma & Critical Care - Point/Counterpoint Annual Meeting, Atlantic City, NJ, May 2000.

68. Invited Lecturer, Yeast Infections in the ICU, Orlando FL, April 2000.

69. Invited Lecturer, Yeast Infections in the ICU, Miami FL, February 2000.

70. Invited Lecturer, "Tough Trauma Talk", Pinecrest High School, Fort Lauderdale FL, February 2000.

71. Invited Lecturer, Nova Southeastern University Medical School, Davie FL, January 2000.

72. Invited Lecturer, Grand Rounds, Mount Sinai Medical Center, Miami FL, November 1999.

73. Invited Lecturer, New Antibiotic Strategies, Savannah GA, September 1999.

74. Invited Lecturer, New Antibiotic Strategies, Orlando FL, May 1999.

75. Invited Lecturer, New Antibiotic Strategies, Knoxville TN, May 1999.

76. Invited Lecturer, New Antibiotic Strategies, Columbia SC, May 1999.

77. Invited Lecturer, New Antibiotic Strategies, Pensacola FL, May 1999.

78. Invited Lecturer, New Antibiotic Strategies, Jackson MS, May 1999.

79. Invited Lecturer, Trauma Conference, Pelvic Fractures, Greenville Memorial Hospital, Greenville, SC, May1999.

80. Invited Lecturer, Pensacola Surgical Society Meeting, Pensacola, FL. May 1999.

81. Invited Lecturer, New Antibiotic Strategies, Nashville TN, April 1999.

82. Invited Lecturer, New Antibiotic Strategies, Fort Lauderdale FL, April 1999.

83. Invited Lecturer, New Antibiotic Strategies, Miami Beach FL, April 1999.

84. Invited Lecturer, New Antibiotic Strategies, Washington DC, March 1999.

85. Invited Lecturer, New Antibiotic Strategies, Florence SC, February 1999.

86. Invited Lecturer, New Antibiotic Strategies, Miami FL, January 1999.

87. Invited Lecturer, New Antibiotic Strategies, Savannah GA, January 1999.

88. Invited Lecturer, University of Central Florida Pre-Professional Medical Society, Gainesville FL, January 1999.

89. Invited Lecturer, Nova Southeastern University, Davie FL, January 1999.

90. Invited Lecturer, Surgical Grand Rounds, Mt. Sinai Medical Center, Miami Beach FL, January 1999.

91. Invited Lecturer, Trauma Team 98 Conference, Orlando Regional Healthcare System, Orlando, FL, October 1998.

92. Invited Lecturer, Grand Rounds, Department of Surgery, University of Florida Health Science Center, Jacksonville, FL, October 1998.

93. Invited Lecturer, Grand Rounds, Department of Surgery, University of South Alabama, Mobile, AL, September 1998.

94. Invited Lecturer, Deep Vein Thrombosis Prophylaxis and Vena Cava Filter Insertion, Sparrow Hospital, Lansing, MI, June 1998.

95. Invited Lecturer, Ventilation Care - A Trauma Surgeons Prospective - Multidisciplinary Trauma Conference, North Broward Medical Center, Pompano Beach, FL, May 1998.

96. Invited Lecturer, Pelvic Care - A Trauma Surgeons Prospective, 2nd Annual First There First Care EMS Conference, sponsored by Broward County EMS, Margate, FL, May 1998.

97. Invited Lecturer, Trauma Center Implementation, Holmes Regional Medical Center, Melbourne, FL, March 1998.

## Invited Presentations:

1. Podium Presentation, History of Medicine- Robert Zeppa: A Southern Transplant that Survived. Southern Surgical Congress, December 2008.

2. Presentation, Project CARGO, Olson Middle School, Dania, FL, May 2000.

3. Video Presentation – WLRN Channel 17, "Protecting America's Children", Miami, FL, April 2000.

4. Presentation, "Tough Trauma Talk", Leadership Hollywood Organization, Holly, FL, March 2000.

5. Presentation, Project CARGO, Davie FL, November 1999.

6. Presentation, Project CARGO, Miramar FL, May 1999.

7. Presentation, Project CARGO, Pembroke Pines FL, February 1999.

## Other

8.     Participant – Antifungal Speaker Training Workshop for Surgeons – Chicago July 28th-29th, 2006

9.     Invited Senior Site Surveyor for the Pennsylvania Trauma Foundation – Temple University Trauma Center and Albert Einstein Trauma Center, Pennsylvania June 7th – 9th, 2006

10.    Moderator, ABS Oral Exams – Tampa, FL, December 11th, 2005

11.    Moderator, ACS Clinical Congress,: "Trauma Video", San Francisco, October 17-29th, 2005.

12.    Moderator "Colloquim for Decubiti", Boardroom, Shands Hospital, August 12th, 2005.

13.    Pocket Chart Demo – Topic: "How it increase revenues through electronic charge capture system" for Laura Wilson – the new Director of Business Development for the Vascular, TCV & Plastic Surgery Divisions – Dragstedt Conference Room, April 13th, 2005.

14.    CardioQ Inservice, March 15th, 2005.

15.    Course Instructor – Ultrasound, Sacred Heart Hospital, Pensacola, FL. July 2001.

16.    Course Instructor – Ultrasound, Clarion Methodist Hospital, Indianapolis,   IN. May 2001.

17.    Course Director for the Memorial Regional Hospital Annual Trauma Symposium, Ft. Lauderdale, FL, 1994-2003.

18.    Reviewer for North Carolina Office of Emergency Medical Services for Level I Trauma Center Renewals, March 2000.

19.    Director, MRH Trauma Symposium, Fort Lauderdale, FL, February 2000.

20.    Reviewer for American College of Surgeons Committee on Trauma.

21.    Verification/Consultation Program for Hospitals, March 1999, June 1999, July 1999, November 1999.

22.    Director, Trauma Symposium, Ft, Lauderdale FL, February 1999.

23.    Director of Ultrasound in Trauma Course, Memorial Regional Hospital Annual Trauma Symposium, Ft. Lauderdale, FL, 1996-1998.

24.    Guest Panelist, Implementation of the Trauma System, Michigan Committee on Trauma Meeting, Gaylord, MI, June 1998.

25.    Guest Panelist, Homicide Investigators Seminar, co-sponsored by the Broward County State Attorneys Office and the Medical Examiners Office, Ft. Lauderdale, FL, May1998.

26. Instructor, Refresher Course on Advanced Surgical Airway Management, Broward County Fire Rescue Flight Medic Program, April 1998.

27. Guest Examiner for the American Board of Surgery, Miami, FL  1990.

## **COMMITTEE MEETINGS**

*National:*

1. ACS Annual Meeting, Washington DC, October 6-9, 2013.

2. Leadership / Joint Advocacy Meeting, Washington, DC, March 22, 2009

3. Committee on Trauma Meeting, Chicago, IL, March 18, 2009

4. ACS Annual Meeting, San Fransisco, CA October 12, 2008

5. AAST Annual Meeting, Maui, HI, September 23,2008

6. AAMC – SGEA Master Educator, Nashville, TN, April 3, 2008

7. ACS Annual Meeting – Chicago, - October 8-11th, 2006

8. AAST Annual Meeting – New Orleans, - September 27-29th, 2006

9. ACS COT Annual Meeting – Chicago, IL – March 16th, 2006

10. ACS Leadership Conference – Washington, DC – June 12th, 2005

11. American College of Surgeons Annual Meeting – Washington, DC – March 3rd, 2005

12. Pan American Trauma Society Conference Meeting – Miami, FL – November 17th, 2004

13. ACS Site Survey – Evansville, Indiana – October 14th, 2004

14. American College of Surgeons Clinical Congress National Trauma Meeting – New Orleans, LA – October 10th, 2004

*Regional*

1. EAST Annual Conference, Naples, FL, January 13-18, 2014.

2. Southeastern Surgical Congress, Atlanta, GA. February 11, 2009

3. EAST Annual Conference – Orlando, FL, January 12, 2009

4. IHI Annual Form, Nashville, TN, December 18, 2008

5. Southern Surgical Association Annual Meeting, Palm Beach, FL November 30, 2008

6. Southeastern Surgical Congress, Birmingham, AL, February 9, 2008

7. Southeastern Surgical Congress, Savannah, GA, February 10, 2007.

8. Southern Surgical Association, Palm Beach, FL, December 3, 2006

9. Southern Surgical Association Conference – Hot Springs, VA – December 4th, 2005

10. Dori 9 & 10 Investigators Meeting – Atlanta, GA – February 2nd, 2005

11. Eastern Association for the Surgery of Trauma Meeting – Fort Lauderdale, FL – January 11th, 2005.

12. Southern Surgical Committee Meeting – Palm Beach, FL – December 4th, 2004.

13. EAST Site Evaluation – Fort Lauderdale, FL – November 4th, 2004.

## *State*

1. FL Committee on Trauma Meeting, Tampa, FL, October 24-25, 2013.

2. FL Chapt American College of Surgeons, Palm Coast, FL May 20, 2009

3. Air Medical Safety Summit, Clermont, FL May 1, 2009

4. Life Quest Advisory Meeting, Jacksonville, FL February 5, 2009

5. FL Disaster Management Program, Miami, FL November 24, 2008

6. FL Disaster Management Program, Tallahassee, FL November 20, 2008

7. FL Chapt. American College of Surgeons, Palm Beach, FL May 22, 2008

8. FL Chapt. American College of Surgeons, Palm Beach, FL, May 24,2007

9. FL COT Annual Meeting, Jacksonville, FL, January 24,2007

10. FCOT - Fire Rescue East – Jacksonville, FL – January 26th, 2006

11. Rule Development Workshop - Tampa, FL - October 31st, 2005

12. DOH Leadership Team & North Carolina Trauma Team - Tallahassee, FL - August 15th, 2005.

13. Alcohol Impaired Drivers Conference - Raddison Hotel Ronald Regan Airport - July 18th, 2005.

14. State EMS Meetings/FCOT Meeting – Orlando, FL - July 5-7th, 2005

15. CDC/HRSA Statewide Advisory Board Meeting – Orlando, FL – April 21st, 2005.

16. Emergency Medicine & Trauma Surgery joint Journal Club Meeting – 706 Restaurant, Gainesville, FL – April 19th, 2005.

17. EMS Advisory Council Meeting – Tallahassee, FL – April 13th, 2005.

18. ED Meeting – Orlando, FL – March 29th, 2005.

19. Trauma Office Meeting – Tallahassee, FL – March 22nd, 2005.

20. Trauma Registry Meeting – Tampa Airport, Tampa FL – March 11th, 2005.

21. Current Trends in Trauma and Critical Care Meeting – St. Petersburg, FL – February 18th, 2005.

22. State AFTC Meeting – Tallahassee, FL – February 2nd, 2005.

23. Trauma Study Board Meeting – Shands Jacksonville, FL – January 7th, 2005.

24. Trauma Study Board Meeting – Tampa, FL – October 28th, 2004.

25. Orthopedic Trauma Association Meeting – Fort Lauderdale, FL – October, 8th, 2004

26. Florida Committee Meeting on Trauma Annual Meeting – Orlando, FL - July 7th, 2004

***Institutional***

1. Texas Trauma Conference, Ft Worth, TX, April 22, 2009

2. Navigating the Future of Trauma – St Petersburg, FL – February 23rd, 2006

# **Fee Schedule**

**Lawrence Lottenberg, MD FACS**
**General Surgery**
**Trauma, Acute Care Surgery, Surgical Critical Care**
**Board Certified American Board of Surgery**
**Added Qualifications Surgical Critical Care**
**lawrence.lottenberg@gmail.com**

Fee schedule is as follows:

| | |
|---|---|
| Phone/Office Conference | $750.00  per hour (one hour minimum) |
| Case/chart review and response prep | $750.00  per hour |
| Narrative | $750.00  per hour |
| Deposition time | $950.00  per hour |
| Courtroom testimony | $1200.00 per hour |
| Independent Medical Examination | $1500.00 per hour |

If required, travel and waiting time is billed at the lowest rate not exceeding eight hours/day. These fees do not include travel, lodging, clerical or other ordinary expenses. Cancellation must be made two weeks in advance or $1000.00 rescheduling fee will be assessed.

Checks should be made payable to **Lawrence Lottenberg, MD PA**

The tax ID number is **37-1775105**

Please send check(s) to the following address:

Lawrence Lottenberg, MD
159 Darby Island Pl
Jupiter FL 33458

Please call for questions: 352-4942440

# **Fee Schedule**

**Lawrence Lottenberg, MD FACS**
**General Surgery**
**Trauma, Acute Care Surgery, Surgical Critical Care**
**Board Certified American Board of Surgery**
**Added Qualifications Surgical Critical Care**
**lawrence.lottenberg@gmail.com**

Fee schedule is as follows:

Phone/Office Conference                  $750.00  per hour (one hour minimum)
Case/chart review and response prep   $750.00  per hour
Narrative                                          $750.00  per hour
Deposition time                                 $950.00  per hour
Courtroom testimony                         $1200.00 per hour
Independent Medical Examination        $1500.00 per hour

If required, travel and waiting time is billed at the lowest rate not exceeding eight hours/day. These fees do not include travel, lodging, clerical or other ordinary expenses. Cancellation must be made two weeks in advance or $1000.00 rescheduling fee will be assessed.

Checks should be made payable to **Lawrence Lottenberg, MD PA**

The tax ID number is **37-1775105**

Please send check(s) to the following address:

Lawrence Lottenberg, MD
159 Darby Island Pl
Jupiter FL 33458

Please call for questions: 352-4942440

## **PRIOR EXPERT TESTIMONY IN PREVIOUS 4-YEARS**

1. Wilbur, Anthony v. Orlando Health, Inc. (68103-5).

2. Rey, Lissette a/p/r of the Estate of Jose Rey vs. Kendall Regional Medical Center.

```
 1
 2
 3
 4
 5                    AUDIO TRANSCRIPTION
 6                    FILE:   437075
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

437075 FONTE

Page 2

1   SPEAKER:  Can you open up the (inaudible) --
2   TRISH:  Transfer Center; this is Trish.
3   SPEAKER:  Okay.  Hold on.
4   DR. HEISLER:  Hello?
5   TRISH:  Hi, Dr. Heisler.
6   DR. HEISLER:  Hey.
7   TRISH:  All right.  So let me get Dr. Fonte with
8   trauma --
9   DR. HEISLER:  Thanks.
10  TRISH:  -- on the line.  Okay?
11  DR. HEISLER:  Thank you.
12  TANYA:  SIC, (phonetic) this is Tanya; can I help
13  you?
14  TRISH:  Hi.  I was looking for Dr. Fonte, please.
15  TANYA:  Okay.  Hold on.
16  SPEAKER:  Is it for me?
17  SPEAKER:  (Inaudible).
18  DR. FONTE:  Hello.  Dr. Fonte?
19  TRISH:  Dr. Fonte, it's Trish at the Transfer
20  Center; I've got Dr. Heisler on the phone --
21  DR. FONTE:  Okay.
22  TRISH:  -- from Lee High.  Hold on.
23  Dr. Heisler, I've got Dr. Fonte from trauma.
24  DR. HEISLER:  Hey.
25  DR. FONTE:  Hey; how are you?

Page 3

1   DR. HEISLER:  Hey.  So we're getting a -- like an
2   intermittent pulse on this child.  He goes in -- in and out
3   of PEA and we did a chest x-ray; I don't see any pneumos.
4   We did get him intubated.  We're repeating his chest x-ray.
5   It did look like he probably had some pulmonary contusion.
6      His abdomen's got bruising on that, as well as his
7   chest.  And his abdomen does seem to be expanding.
8      I just -- I don't think he is stable enough to --
9   to go up to Tampa.  I think that, you know, he would
10  require to go to you and then be transferred up there.
11  DR. FONTE:  The problem, Hope, is -- is I don't
12  have pediatric services here, and he's five.  So -- you
13  know, when we get five-year-olds and stabilize them enough
14  to transfer anywhere, we send them to Tampa.
15     So it would be --
16  DR. HEISLER:  Right.
17  DR. FONTE:  -- you know, it would be negligent of
18  me to accept a patient to a -- you know, to -- to us, as
19  opposed to trying to get him to the appropriate facility,
20  which would be the pediatric trauma center.
21  DR. HEISLER:  Right.  Even if he's not really
22  stabilized enough to -- to go up there?
23     I mean, I feel like he needs another step of
24  stabilization prior to going there; and I know, you know,
25  we've done that in the past.

Page 4

1   DR. FONTE:  Right.  I guess my --
2   DR. HEISLER:  Right.
3   DR. FONTE:  -- my concern is, is if I -- if I
4   can't do anything for him, then -- then we've delayed his
5   transfer to the appropriate facility instead of trying to
6   get him there.
7      You know, you've got -- so you said you've got
8   no -- no pneumothoraxes, right?  So it's not like --
9   DR. HEISLER:  Right.
10  DR. FONTE:  -- it's a --
11  DR. HEISLER:  But it looks like pulmonary --
12  bilateral pulmonary contusions --
13  DR. FONTE:  Right.
14  DR. HEISLER:  -- and he keeps going into PEA.
15  We've got, you know, a couple of lines going in with a -- a
16  -- you know, fluids going --
17  DR. FONTE:  Right.  Right.
18  DR. HEISLER:  -- you know, and everything that we
19  can do here; but his abdomen is, you know, starting to
20  distend and -- you know, I just -- the time it's going to
21  take to transfer him to Tampa, I just feel like, you know,
22  he needs to go to the closest trauma facility.
23  DR. FONTE:  But he needs to go to the closest
24  appropriate trauma facility, I guess is my point.
25     I -- you know, I -- I just --

Page 5

1   (Talking simultaneously.)
2   DR. HEISLER:  Yeah.  I mean --
3   DR. FONTE:  -- I don't want to --
4   DR. HEISLER:  -- they would have diverted to you
5   though if he had a pulse; which he did --
6   DR. FONTE:  Right.  Right.
7   DR. HEISLER:  -- initially on scene --
8   DR. FONTE:  Right.  Right.  Right.
9   DR. HEISLER:  Now that he has a pulse, he would
10  have -- you know, normally come to you anyway; and then he
11  would have gone up there (inaudible).--
12  DR. FONTE:  No. No.  So -- so the -- so the way
13  it goes, it's like -- it's like a burn, right?
14  DR. HEISLER:  Yeah.
15  DR. FONTE:  You don't send us burns.  Burns go up
16  to Tampa.  And so -- you know, when you've got a five-- I
17  mean, if you said:  Look, he's 16-years-old, but he's adult
18  sized --
19  DR. HEISLER:  Right.
20  DR. FONTE:  -- that's different.  You know what I
21  mean?
22  DR. HEISLER:  Right.
23  DR. FONTE:  But when you're talking about a
24  five-year-old --
25  DR. HEISLER:  Right.

Page 6

1      DR. FONTE:  -- you know, we don't have a
2  pediatric facility at my campus.  Right?
3      DR. HEISLER:  Right.
4      DR. FONTE:  So we deal -- if it comes in, and
5  it's an emergency, and I need to do what I need to do, we
6  do it.
7      DR. HEISLER:  Yeah.  Right.
8      DR. FONTE:  But at this point, I'm taking a
9  transfer, and it just --
10     DR. HEISLER:  Right.
11     DR. FONTE:  -- you know, we're not the
12 appropriate facility for that --
13     DR. HEISLER:  Right.
14     DR. FONTE:  -- just like I wouldn't take a burn;
15 it doesn't make sense for us to --
16     DR. HEISLER:  Right.
17     DR. FONTE:  -- take him and -- and
18 (inaudible) --
19     (Talking simultaneously.)
20     DR. HEISLER:  So -- I mean, you would --
21     DR. FONTE:  Yeah.  Yeah.  I have a (inaudible) --
22     (Talking simultaneously.)
23     DR. HEISLER:  -- (inaudible) bleeding into his
24 belly?
25     Huh?  Okay.  Yeah.  It was diminished on the left;

Page 7

1  tell him to pull back.
2      Okay.
3      DR. FONTE:  Yeah.  I would say try to -- try to
4  get him up there as quickly as possible so that they can
5  do -- I mean, they've got the pediatric surgeons; they've
6  -- you know, they've got the pediatric interventionalist,
7  so like if --
8      DR. HEISLER:  Uh-huh.
9      DR. FONTE:  -- it's the liver, they can embolize
10 it.  I don't have pediatric embolization catheters --
11     DR. HEISLER:  (Inaudible) --
12     (Talking simultaneously.)
13     DR. FONTE:  -- you know what I mean?  So that
14 sort of thing.
15     DR. HEISLER:  All right.
16     DR. FONTE:  And I don't want to waste time if --
17 you know, you've got him back and you've got -- you know,
18 you've got vitals, then let's try to get him to the
19 appropriate facility --
20     DR. HEISLER:  Yeah.
21     DR. FONTE:  -- where they have all the --
22     (Talking simultaneously.)
23     DR. HEISLER:  They're back, but they keep coming
24 and going; that's what I'm saying --
25     DR. FONTE:  Yeah.  Yeah.  Yeah.

Page 8

1      DR. HEISLER:  He's not really stable-stable.
2  He's in and out; so that's the reason why I wanted to go to
3  you guys.
4      But if you, you know, don't want to accept him,
5  I'll have to call Tampa.
6      DR. FONTE:  I just think he needs to go to the
7  appropriate facility --
8      DR. HEISLER:  All right.
9      DR. FONTE:  -- from the get-go.  Okay?
10     DR. HEISLER:  All right.
11     DR. FONTE:  All right.
12     DR. HEISLER:  Thanks.
13     DR. FONTE:  Uh-huh.
14     (End of the recording.)
15
16
17
18
19
20
21
22
23
24
25

Page 9

1      C E R T I F I C A T E
2
3      I, JACKIE MENTECKY, do hereby certify that I was
4  authorized to transcribe the foregoing recorded proceeding, and
5  that the transcript is a true and accurate transcription of my
6  shorthand notes to the best of my ability taken while listening
7  to the provided recording.
8
9  Dated this 8th day of January, 2020.
10
11
12
13
14
15     JACKIE MENTECKY
16
17
18
19
20
21
22
23
24
25

3.  Rule Development Workshop – Tampa, FL - August 10th, 2005.

4.  National Steering Committee Meeting for Trauma Study, Participant: Tampa, FL - June 24th, 2005.

5.  National Steering Committee Meeting for Trauma Study – Tampa, FL – June 24th, 2005.

6.  Senate Chambers Meeting – Tallahassee, FL – February 2nd, 2005.

7.  Gainesville Sun Editorial Board Meeting – Gainesville, FL – January 27th, 2005.

8.  Pharmacy & Therapeutics Committee Meeting – Topic: "Possible addition of Dexmedetomidine (Precedex) in the Formulary" – Shands/UF – January 18th, 2005.

9.  CCM Journal Club Meeting – Steve's Café American – December, 14th 2005.

10. ICU Improvement Committee CY – Shands/UF Room 2154 – September 23rd, 2004.

**CERTIFICATES/AWARDS**

1.    Raymond H. Alexander, MD Award Florida Chapter of the American College of Surgeons "In Recognition of outstanding dedication and service to the medical profession in the field of surgery" (2013)
2.    Outstanding Faculty Award/General Surgery "In Recognition of Academic Excellence In Service to Housestaff & Students" (2008-2009).
3.    Certificate of Appreciation for the "Contributions as a Clinical Preceptor to the College of Nursing (2004-2005).
4.    Outstanding Faculty Award/General Surgery "In Recognition of Academic Excellence In Service to Housestaff & Students" (2004-2005).

**PERSONAL INTERESTS**
- Second Degree Black Belt GoJu Karate.
- Handheld Computer Technology and Software Development.
- Deep Sea Fishing.
- Avid Miami Dolphins and Florida Gators Football Fan.
- Avid Florida Gators Fan

# **Fee Schedule**

**Lawrence Lottenberg, MD FACS**
**General Surgery**
**Trauma, Acute Care Surgery, Surgical Critical Care**
**Board Certified American Board of Surgery**
**Added Qualifications Surgical Critical Care**
**lawrence.lottenberg@gmail.com**

Fee schedule is as follows:

| | |
|---|---|
| Phone/Office Conference | $750.00  per hour (one hour minimum) |
| Case/chart review and response prep | $750.00  per hour |
| Narrative | $750.00  per hour |
| Deposition time | $950.00  per hour |
| Courtroom testimony | $1200.00 per hour |
| Independent Medical Examination | $1500.00 per hour |

If required, travel and waiting time is billed at the lowest rate not exceeding eight hours/day. These fees do not include travel, lodging, clerical or other ordinary expenses. Cancellation must be made two weeks in advance or $1000.00 rescheduling fee will be assessed.

Checks should be made payable to **Lawrence Lottenberg, MD PA**

The tax ID number is **37-1775105**

Please send check(s) to the following address:

Lawrence Lottenberg, MD
159 Darby Island Pl
Jupiter FL 33458

Please call for questions: 352-4942440

# **Fee Schedule**

**Lawrence Lottenberg, MD FACS**
**General Surgery**
**Trauma, Acute Care Surgery, Surgical Critical Care**
**Board Certified American Board of Surgery**
**Added Qualifications Surgical Critical Care**
**lawrence.lottenberg@gmail.com**

Fee schedule is as follows:

| | |
|---|---|
| Phone/Office Conference | $750.00  per hour (one hour minimum) |
| Case/chart review and response prep | $750.00  per hour |
| Narrative | $750.00  per hour |
| Deposition time | $950.00  per hour |
| Courtroom testimony | $1200.00 per hour |
| Independent Medical Examination | $1500.00 per hour |

If required, travel and waiting time is billed at the lowest rate not exceeding eight hours/day. These fees do not include travel, lodging, clerical or other ordinary expenses. Cancellation must be made two weeks in advance or $1000.00 rescheduling fee will be assessed.

Checks should be made payable to **Lawrence Lottenberg, MD PA**

The tax ID number is **37-1775105**

Please send check(s) to the following address:

Lawrence Lottenberg, MD
159 Darby Island Pl
Jupiter FL 33458

Please call for questions: 352-4942440