1
2
3
4
5        AUDIO TRANSCRIPTION
6           FILE:  437075
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 2

1  SPEAKER: Can you open up the (inaudible) —
2  TRISH: Transfer Center; this is Trish.
3  SPEAKER: Okay. Hold on.
4  DR. HEISLER: Hello?
5  TRISH: Hi, Dr. Heisler.
6  DR. HEISLER: Hey.
7  TRISH: All right. So let me get Dr. Fonte with
8  trauma —
9  DR. HEISLER: Thanks.
10  TRISH: — on the line. Okay?
11  DR. HEISLER: Thank you.
12  TANYA: SIC, (phonetic) this is Tanya; can I help
13  you?
14  TRISH: Hi. I was looking for Dr. Fonte, please.
15  TANYA: Okay. Hold on.
16  SPEAKER: Is it for me?
17  SPEAKER: (Inaudible).
18  DR. FONTE: Hello. Dr. Fonte?
19  TRISH: Dr. Fonte, it's Trish at the Transfer
20  Center; I've got Dr. Heisler on the phone —
21  DR. FONTE: Okay.
22  TRISH: — from Lee High. Hold on.
23  Dr. Heisler, I've got Dr. Fonte from trauma.
24  DR. HEISLER: Hey.
25  DR. FONTE: Hey; how are you?

Page 3

1  DR. HEISLER: Hey. So we're getting a — like an
2  intermittent pulse on this child. He goes in — in and out
3  of PEA and we did a chest x-ray; I don't see any pneumos.
4  We did get him intubated. We're repeating his chest x-ray.
5  It did look like he probably had some pulmonary contusion.
6  His abdomen's got bruising on that, as well as his
7  chest. And his abdomen does seem to be expanding.
8  I just — I don't think he is stable enough to —
9  to go up to Tampa. I think that, you know, he would
10  require to go to you and then be transferred up there.
11  DR. FONTE: The problem, Hope, is — is I don't
12  have pediatric services here, and he's five. So — you
13  know, when we get five-year-olds and stabilize them enough
14  to transfer anywhere, we send them to Tampa.
15  So it would be —
16  DR. HEISLER: Right.
17  DR. FONTE: — you know, it would be negligent of
18  me to accept a patient to a — you know, to — to us, as
19  opposed to trying to get him to the appropriate facility,
20  which would be the pediatric trauma center.
21  DR. HEISLER: Right. Even if he's not really
22  stabilized enough to — to go up there?
23  I mean, I feel like he needs another step of
24  stabilization prior to going there; and I know, you know,
25  we've done that in the past.

Page 4

1  DR. FONTE: Right. I guess my —
2  DR. HEISLER: Right.
3  DR. FONTE: — my concern is, is if I — if I
4  can't do anything for him, then — then we've delayed his
5  transfer to the appropriate facility instead of trying to
6  get him there.
7  You know, you've got — so you said you've got
8  no — no pneumothoraxes, right? So it's not like —
9  DR. HEISLER: Right.
10  DR. FONTE: — it's a —
11  DR. HEISLER: But it looks like pulmonary —
12  bilateral pulmonary contusions —
13  DR. FONTE: Right.
14  DR. HEISLER: — and he keeps going into PEA.
15  We've got, you know, a couple of lines going in with a — a
16  — you know, fluids going —
17  DR. FONTE: Right. Right.
18  DR. HEISLER: — you know, and everything that we
19  can do here; but his abdomen is, you know, starting to
20  distend and — you know, I just — the time it's going to
21  take to transfer him to Tampa, I just feel like, you know,
22  he needs to go to the closest trauma facility.
23  DR. FONTE: But he needs to go to the closest
24  appropriate trauma facility, I guess is my point.
25  I — you know, I — I just —

Page 5

1  (Talking simultaneously.)
2  DR. HEISLER: Yeah. I mean —
3  DR. FONTE: — I don't want to —
4  DR. HEISLER: — they would have diverted to you
5  though if he had a pulse; which he did —
6  DR. FONTE: Right. Right.
7  DR. HEISLER: — initially on scene —
8  DR. FONTE: Right. Right. Right.
9  DR. HEISLER: Now that he has a pulse, he would
10  have — you know, normally come to you anyway; and then he
11  would have gone up there (inaudible) —
12  DR. FONTE: No. No. So — so the — so the way
13  it goes, it's like — it's like a burn, right?
14  DR. HEISLER: Yeah.
15  DR. FONTE: You don't send us burns. Burns go up
16  to Tampa. And so — you know, when you've got a five- — I
17  mean, if you said: Look, he's 16-years-old, but he's adult
18  sized —
19  DR. HEISLER: Right.
20  DR. FONTE: — that's different. You know what I
21  mean?
22  DR. HEISLER: Right.
23  DR. FONTE: But when you're talking about a
24  five-year-old —
25  DR. HEISLER: Right.

Page 6

1     DR. FONTE: -- you know, we don't have a
2 pediatric facility at my campus. Right?
3     DR. HEISLER: Right.
4     DR. FONTE: So we deal -- if it comes in, and
5 it's an emergency, and I need to do what I need to do, we
6 do it.
7     DR. HEISLER: Yeah. Right.
8     DR. FONTE: But at this point, I'm taking a
9 transfer, and it just --
10     DR. HEISLER: Right.
11     DR. FONTE: -- you know, we're not the
12 appropriate facility for that --
13     DR. HEISLER: Right.
14     DR. FONTE: -- just like I wouldn't take a burn;
15 it doesn't make sense for us to --
16     DR. HEISLER: Right.
17     DR. FONTE: -- take him and -- and
18 (inaudible) --
19     (Talking simultaneously.)
20     DR. HEISLER: So -- I mean, you would --
21     DR. FONTE: Yeah. Yeah. I have a (inaudible) --
22     (Talking simultaneously.)
23     DR. HEISLER: -- (inaudible) bleeding into his
24 belly?
25     Huh? Okay. Yeah. It was diminished on the left;

Page 7

1 tell him to pull back.
2     Okay.
3     DR. FONTE: Yeah. I would say try to -- try to
4 get him up there as quickly as possible so that they can
5 do -- I mean, they've got the pediatric surgeons; they've
6 -- you know, they've got the pediatric interventionalist,
7 so like if --
8     DR. HEISLER: Uh-huh.
9     DR. FONTE: -- it's the liver, they can embolize
10 it. I don't have pediatric embolization catheters --
11     DR. HEISLER: (Inaudible) --
12     (Talking simultaneously.)
13     DR. FONTE: -- you know what I mean? So that
14 sort of thing.
15     DR. HEISLER: All right.
16     DR. FONTE: And I don't want to waste time if --
17 you know, you've got him back and you've got -- you know,
18 you've got vitals, then let's try to get him to the
19 appropriate facility --
20     DR. HEISLER: Yeah.
21     DR. FONTE: -- where they have all the --
22     (Talking simultaneously.)
23     DR. HEISLER: They're back, but they keep coming
24 and going; that's what I'm saying --
25     DR. FONTE: Yeah. Yeah. Yeah.

Page 8

1     DR. HEISLER: He's not really stable-stable.
2 He's in and out; so that's the reason why I wanted to go to
3 you guys.
4     But if you, you know, don't want to accept him,
5 I'll have to call Tampa.
6     DR. FONTE: I just think he needs to go to the
7 appropriate facility --
8     DR. HEISLER: All right. --
9     DR. FONTE: -- from the get-go. Okay?
10     DR. HEISLER: All right.
11     DR. FONTE: All right.
12     DR. HEISLER: Thanks.
13     DR. FONTE: Uh-huh.
14     (End of the recording.)

Page 9

CERTIFICATE

I, JACKIE MENTECKY, do hereby certify that I was
authorized to transcribe the foregoing recorded proceeding, and
that the transcript is a true and accurate transcription of my
shorthand notes to the best of my ability taken while listening
to the provided recording.

Dated this 8th day of January, 2020.

_____
JACKIE MENTECKY